JS-6

ANDREW K. KIM
3470 Wilshire Blvd., Suite 885
Los Angeles, California 90010
Tel: (213) 386-4497
Fax: (213) 386-7734
E-mail: andrewkimlawyer@yahoo.com

Attorney for In Hee Song

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* IN HEE SONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INLAND MEDICAL ENTERPRISES, INC., a California corporation; ALCOTT REHABILITATION HOSPITAL, an unknown business entity; MARTIN HIPSCHMAN, an individual, Administrator; VERA MYUNG, an individual, Director of Nursing; and DOES 1 to 50, inclusive,<br><br>Defendants. | No. CV 19-05944-CAS (MRWx)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>[FILED CONCURRENTLY: STIPULATION AND REQUEST TO DISMISS ACTION WITHOUT PREJUDICE] |

Relator In Hee Song ("Relator"), and the United States of America (the "United States") have stipulated that this action may be dismissed without prejudice as to the Relator and the United States pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Upon consideration of the stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed without prejudice as to the Relator and the United States.

DATED: February 10, 2021

_Christine A. Snyder_
United States District Judge